[No. 43633-7-II.   Division Two.   July 15, 2014.]

*In the Matter of the Marriage of* PAUL DAVID SHOEMAKER, *Appellant,* and DAWN MARIE SHOEMAKER, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-3-00340-9, Sally F. Olsen, J., entered May 22, 2012. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 43920-4-II.   Division Two.   July 15, 2014.]

*In the Matter of the Parentage of* H.A.A. ET AL.

MICHAEL J. AMARAL, *Appellant,* v. DEBORAH M. PARLARI, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 08-5-01005-4, John R. Hickman, J., entered September 7, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Hunt, J.

[Nos. 43967-1-II; 44007-5-II.   Division Two.   July 15, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. JONATHAN ALLEN LISCHKA, *Appellant.*

Appeals from a judgment of the Superior Court for Lewis County, No. 12-1-00137-0, James W. Lawler, J., entered September 19, 2012. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 44476-3-II.   Division Two.   July 15, 2014.]

SCOTT K. LANGE ET AL., *Appellants,* v. CLALLAM COUNTY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 12-2-00260-5, Craddock D. Verser, J., entered January 4, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Hunt and Melnick, JJ.